

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, March 11, 2015

No. 04-14-00555-CR

Robert **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 307125
Honorable Jason K. Pulliam, Judge Presiding

## O R D E R

On January 26, 2015, the trial court granted the previous court-appointed counsel's motion to withdraw, and appointed Patrick B. Montgomery as counsel for Appellant. Appellant's brief was due on February 16, 2015.

On March 9, 2015, in his first motion for an extension of time, counsel moved this court to grant a thirty-day extension of time to file Appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due to be filed in this court on April 8, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court